**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Henderson et al. v. Calumet City, Illinois et al. | FILED: JULY 3, 2008<br>08CV3864<br>JUDGE DARRAH<br>MAGISTRATE JUDGE VALDEZ<br>TG |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Angela Henderson on behalf of Edwin Henderson and Darryl Henderson Sr., on behalf of Darryl Henderson, Jr.

| | |
|---|---|
| NAME (Type or print)<br>Tony Thedford | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Tony Thedford | |
| FIRM<br>Law Office of Tony Thedford | |
| STREET ADDRESS<br>6133 South Ellis | |
| CITY/STATE/ZIP<br>Chicago, Illinois 60637 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6239316 | TELEPHONE NUMBER<br>773-752-6950 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |