*United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: 08CV3864    Assigned/Issued By: J. N.

Judge Name:    Designated Magistrate Judge:

## FEE INFORMATION

Amount Due:  ☐ $350.00    ☐ $39.00    ☐ $5.00
             ☐ IFP        ☐ No Fee    ☐ Other _____
             ☐ $455.00

Number of Service Copies _____    Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____    Receipt #: _____

Date Payment Rec'd: _____    Fiscal Clerk: _____

## ISSUANCES

☑ Summons                              ☐ Alias Summons
☐ Third Party Summons                  ☐ Lis Pendens
☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons   _____
                                       _____
                                       *(Victim, Against and $ Amount)*
☐ Citation to Discover Assets          ☐ Other
☐ Writ _____            _____
       *(Type of Writ)*                _____
                                       *(Type of issuance)*

_3_ Original and _3_ copies on _7-14-08_ as to _OFFICER STEVEN LUNDY;_
                                *(Date)*
OFFICER KEITH PAPROCKI; CALUMET CITY, ILLINOIS