IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| ANGELA HENDERSON, on behalf of her son, EDWIN HENDERSON, JR., a minor, and DARRYL HENDERSON, SR., on behalf of his son, DARRYL HENDERSON, JR., a minor, | ) ) ) ) ) | |
| Plaintiff, | ) ) | 08 CV 3864 |
| v. | ) ) | Judge John W. Darrah |
| CALUMET CITY, ILLINOIS, and Calumet City Police Officers KEITH PAPROCKI, STEVEN LUNDY, and other UNKNOWN POLICE OFFICERS, | ) ) ) ) ) | Magistrate Judge Valdez |
| Defendants. | ) | |

## MOTION OF CITY OF CALUMET CITY TO ENLARGE TIME FOR THE FILING OF RESPONSIVE PLEADINGS

The Defendant, City of Calumet City, comes before this Honorable Court by its attorneys, Odelson & Sterk, Ltd. and respectfully requests that this Court enter an order enlarging the time for all defendants to file responsive pleadings the time to answer or otherwise plead be enlarged. In support, the Defendant states as follows:

1. The plaintiff's complaint was filed on July 3, 2008.

2. The City of Calumet City was served with summons on or about July 14, 2008.

3. The City of Calumet City requires an additional 30 days to investigate the facts alleged in the plaintiff's complaint in order to adequately answer or otherwise plead to the plaintiff's complaint.

WHEREFORE, the Defendant, City of Calumet City prays that the Court enter an order enlarging the time to file responsive pleadings up to and including September 22, 2008.

Respectfully submitted,

s/   Robert Wilder
One of the attorneys for the City of Calumet City

Robert Wilder
ODELSON & STERK, LTD.
3318 West 95th Street
Evergreen Park, Illinois 60805
(708) 424-5678
ARDC No. 6244917

2