## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ANGELA HENDERSON, on behalf of her son, EDWIN HENDERSON, JR., a minor, and DARRYL HENDERSON, SR., on behalf of his son, DARRYL HENDERSON, JR., a minor, <br>                       Plaintiff, <br> v. <br><br> CALUMET CITY, ILLINOIS, and Calumet City Police Officers KEITH PAPROCKI, STEVEN LUNDY, and other UNKNOWN POLICE OFFICERS, <br>                       Defendants. | 08 CV 3864 <br><br> Judge John W. Darrah <br><br> Magistrate Judge Valdez |

### NOTICE OF MOTION

TO:   Tony Thedford
       Law Office of Tony Thedford
       6133 S. Ellis Avenue
       Chicago, IL 60637

On the 27th day of August, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge John W. Darrah, or any Judge sitting in his stead in the Courtroom usually occupied by him in Room 1203, of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois 60604, and then and there shall present **MOTION OF CITY OF CALUMET CITY TO ENLARGE TIME FOR THE FILING OF RESPONSIVE PLEADINGS**

                                                    *s:/ Robert Wilder*

### PROOF OF SERVICE

The undersigned, an attorney, under penalties as provided by law pursuant to Ill. Rev. Stat. Chap. 110 Sec. 1-109 hereby certifies and states that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the above mentioned CM/ECF participant, on this 21st day of August, 2008.

                                                    *s:/ Robert Wilder*

Robert Wilder
ODELSON & STERK, LTD.
3318 West 95th Street
Evergreen Park, Illinois 60805
(708) 424-5678
ARDC No. 6244917