# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3864 | **DATE** | 8/21/08 |
| **CASE TITLE** | Henderson et al v. Calumet City, Illinois, et al. | | |

**DOCKET ENTRY TEXT:**

Defendant's motion for extension of time [11, 12] is granted. Defendant has until 9/22/08 to file responsive pleadings. Status hearing set for 9/3/08 is reset to 9/25/08 at 9:00 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mf |
|---|---|---|